

**FILED**
AUG 29 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CESAR AMEZOLA-CARDENAS,<br><br>　　　　　Defendant. | Case No.: 18CR03274-H<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Case No. 18CR03274-H against defendant CESAR AMEZOLA-CARDENAS be, and hereby is, dismissed;

IT IS SO ORDERED.

DATED: 8/29/18

_____
HON. MARILYN L. HUFF
United States District Judge